UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:04-CR-262 JCM (PAL) |
| Plaintiff, | ORDER |
| v. | |
| DAVID KENT FITCH, | |
| Defendant. | |

Presently before the court is *USA v. Fitch*, case no. 2:04-cr-00262-JCM-PAL. Petitioner David Kent Fitch filed an amended motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. (ECF No. 358).

Briefing shall proceed as follows: respondent has twenty-eight (28) days from the date of this order to file a response. Thereafter, petitioner has fourteen (14) days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255 (ECF No. 358) no later than twenty-eight (28) days from the date of this order. Petitioner shall file a reply within fourteen (14) days thereafter.

DATED April 17, 2017.

_____
UNITED STATES DISTRICT JUDGE