# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID KENT FITCH,<br><br>　　　　　　　　　　Defendant. | Case No. 2:04-CR-262 JCM (PAL)<br><br>ORDER |

Presently before the court is David Kent Fitch's motion for relief, wherein he invokes criminal statute 18 U.S.C. § 4, misprision of a felony, to inform the court that "[Fitch] ha[s] knowledge of very serious crimes that have been committed by DOJ employees" and to request that this court "contact the OIG-DOJ and request that they send an agent to see [Fitch] immediately (in private) in regards to a serious assault and a conspiracy to murder." (ECF No. 373 at 1). Fitch states his motivation for contacting the court is that he believes "the OIG will pay attention to [a] federal judge." (*Id.* at 1).

Title 18 U.S.C. § 4 provides:

> Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

This statute is not a basis for private suit, *Massad v. Greaves*, 554 F. Supp. 2d 163, 167 (D. Conn. 2008), and "[a] judge is not a prosecutor." *United States v. Zolin*, 842 F.2d 1135, 1137 (9th Cir. 1988). The court is particularly concerned with this latter point. *See In re Richardson*, 247 N.Y. 401, 411–12 (N.Y. 1928) (Cardozo, C.J.) ("Centuries of common-law tradition warn us with

echoing impressiveness that [acting as an investigating instrumentality or as a prosecutor] is not a judge's work. We should be sorry to weaken that tradition by any judgment of this court.").

Therefore, this court cannot assist Fitch in the manner he wishes.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the instant motion (ECF No. 373) be, and the same hereby is, DENIED.

DATED July 31, 2017.

                                                              /s/ James C. Mahan
                                                       UNITED STATES DISTRICT JUDGE