RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for David Kent Fitch

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID KENT FITCH,<br><br>Defendant. | Case No. 2:04-cr-00262-JCM-PAL<br><br>**Supplement to Reply in Support of Emergency Motion for Order Reducing Sentence or Modifying Judgment under 18 U.S.C. § 3582 (C)(1)(A)(I) and Authorizing Any Remaining Portion of His Sentence to be Served on Home Confinement**<br><br>**(Expedited Ruling Requested Due to COVID-19 Pandemic)** |

Mr. Fitch requests leave to file this supplement based on newly discovered information that may materially impact this Court's decision whether to grant compassionate release.

On June 17, 2020, undersigned counsel learned from the BOP website that one person is now positive for COVID-19 at Greenville FCI, where Mr. Fitch

lives.[1] To date, only 37 people living in that facility have been tested for the virus and 16 of those tests remain pending.

| | | | |
|---|---|---|---|
| GILMER FCI | 28 | 45 | 5 |
| GREENVILLE FCI | 37 | 16 | 1 |
| GUAYNABO MDC | 47 | 11 | 0 |

As COVID-19 has officially penetrated the prison's walls, Mr. Fitch's likelihood of contracting it has undoubtably increased.

DATED this 17th of June, 2020.

RENE L. VALLADARES
Federal Public Defender

By:  /s/ Margaret W. Lambrose
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Attorney for David Kent Fitch

---

[1] https://www.bop.gov/coronavirus/

2

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on June 17, 2020, she served an electronic copy of the above and foregoing **Supplement to Reply in Support of Emergency Motion for Order Reducing Sentence or Modifying Judgment under 18 U.S.C. § 3582 (C)(1)(A)(I)and Authorizing Any Remaining Portion of His Sentence to be Served on Home Confinement(Expedited Ruling Requested Due to COVID-19 Pandemic)** by electronic service (ECF) to the person named below:

NICHOLAS A. TRUTANICH
United States Attorney
NANCY M. OLSON
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Marlene Mercado*
Employee of the Federal Public Defender